UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELDON HUFFINE, | ) CASE NO. C07-1502-RSM |
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING ACTION AND |
| | ) DENYING *IN FORMA PAUPERIS* |
| THOMAS OLSON, et al., | ) APPLICATION AS MOOT |
| Defendants. | ) |

The Court, having reviewed plaintiff's complaint, plaintiff's application to proceed *in forma pauperis*, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED;

(3) Plaintiff's application to proceed *in forma pauperis* is DENIED as moot;

(4) Plaintiff's Motion for Change of Venue (Dkt. No. 7) is DENIED as moot; and

(5) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 11th day of January, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION AND DENYING
*IN FORMA PAUPERIS* APPLICATION AS MOOT
PAGE -1